MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $19,100.00 IN U.S. CURRENCY, <br><br> Defendant. | 2:25-CV-00898-DJC-CKD <br><br> FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil action *in rem* against defendant Approximately $19,100.00 in U.S. Currency (hereafter "defendant currency") seized on or about November 2, 2023.

2. A Verified Complaint for Forfeiture *In Rem* was filed on March 19, 2025 (hereafter "Complaint").  The Complaint alleged that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On March 25, 2025, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on May 1, 2025.

4. Beginning on March 25, 2025, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 29, 2025.

5.  In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a.  Steven Zangrilli, and
      b.  Shaun Dunlavey

6.  No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.  On March 13, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Steven Zangrilli agreed to forfeit all of his right, title, and interest in $11,460.00 of the defendant currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

8.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Shaun Dunlavey on May 14, 2025. Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Shaun Dunlavey without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  That judgment is hereby entered against potential claimants Steven Zangrilli, Shaun Dunlavey, and all other potential claimants who have not filed claims in this action.

2.  Upon entry of this Final Judgment of Forfeiture, $11,460.00 of the Approximately $19,100.00 in U.S. Currency, together with any interest that may have been accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3.  Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $7,640.00 of the Approximately $19,100.00 in U.S. Currency shall be returned to potential claimant Steven Zangrilli through his attorney Eric A. Pack.

4.  The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release

applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture of the defendant currency, as well as to those now known or disclosed. Steven Zangrilli waived the provisions of California Civil Code § 1542.

     5.     All parties are to bear their own costs and attorneys' fees.

     6.     The U.S. District Court for the Eastern District of California, Hon. Daniel J. Calabretta, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 27th day of May, 2025.

Dated: May 27, 2025                  /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE